AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

AUG 3 0 2015

David J. Bradley, Clerk

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Delmar Ramirez

Delmar Hernandez-Ramirez

IAE    YOB:    1975
El Salvador

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-15-1477-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 29, 2015** in **Starr** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Delmar Ramirez was encountered by Border Patrol Agents near Rio Grande City, Texas on August 29, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 29, 2015, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, on September 25, 2013, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 26, 1995, the defendant was convicted of Voluntary Manslaughter and was sentenced to sixteen (16) years confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**August 30, 2015**

Adan De Los Santos    Senior Patrol Agent

**Peter E. Ormsby**    , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer